courts of this circuit except as provided by 9th Cir. R. 36–3.

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

**Thomas A. HIGHTOWER, Plaintiff—Appellant,**

v.

**Cal TERHUNE, Director; et al., Defendants—Appellees.**

No. 02–16488.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 11, 2006.\*

Filed Sept. 14, 2006.

Thomas A. Hightower, Corcoran, CA, pro se.

Joan W. Cavanagh, Attorney General's Office, John William Riches, II, Esq., Sacramento, CA, for Defendants–Appellees.

Before: PREGERSON, T.G. NELSON, and GRABER, Circuit Judges.

MEMORANDUM \*\*

California state prisoner Thomas A. Hightower appeals pro se from the district court's summary judgment in favor of prison officials in Hightower's 42 U.S.C. § 1983 action alleging that prison medical staff were deliberately indifferent to his

serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. After de novo review, *Lopez v. Smith,* 203 F.3d 1122, 1131 (9th Cir.2000) (en banc), we affirm.

It is undisputed that Hightower suffered from a variety of serious medical conditions. But the district court properly granted summary judgment on Hightower's claims of deliberate indifference because he failed to raise a genuine issue of material fact as to whether the course of treatment the prison doctors chose was medically unacceptable under the circumstances. *See Jackson v. McIntosh,* 90 F.3d 330, 332 (9th Cir.1996). The record shows at most a difference of opinion about the proper course of medical treatment. *See Sanchez v. Vild,* 891 F.2d 240, 242 (9th Cir.1989) (a difference of opinion about a course of medical treatment does not amount to deliberate indifference to serious medical needs).

The district court did not abuse its discretion in denying Hightower's motion for a preliminary injunction because Hightower did not satisfy the criteria for granting a preliminary injunction. *See City of Tenakee Springs v. Block,* 778 F.2d 1402, 1407 (9th Cir.1985).

Hightower's remaining contentions are unpersuasive.

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.